ALLEN B. FLANDERS, Appellant, *v.* ANNA ROSOFF et al., Respondents.

*Flanders* v. *Rosoff*, 111 App. Div. 1, affirmed.
(Argued April 24, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 29, 1906, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to compel specific performance of a contract.

*John P. Kellas* and *William S. Wade* for appellant.

*Gordon H. Main* and *Martin E. McClary* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.